M. P. No. 76-427. IN RE: TARIFF FILING MADE BY THE NEW ENGLAND TELEPHONE & TELEGRAPH COMPANY. Motion to file a petition for writ of statutory certiorari out of time is denied. Treating the motion to intervene of New England Telephone & Telegraph Company as a motion to appear as amicus curiae, said motion is granted. Treating the motion for statutory certiorari as a petition for common law certiorari said petition is

granted without prejudice to raising the improvidence of the granting of the writ in briefs and oral argument. *Tillinghast, Collins & Graham, Peter J. McGinn. Robert D. Bruce, C. Duane Aldrich, Jeanne Conroy,* of counsel, Boston, Mass. (for New England Telephone & Telegraph Company). *Schechter, Abrams & Verri, David A. Schechter. Cohn & Marks, Bruce P. Saypol,* Washington, D.C. (for Eastern Communications Corporation), for petitioner. *Julius C. Michaelson,* Attorney General, *W. Kenneth O'Donnell,* Special Asst. Attorney General, for respondents.